1   MARK L. MOSLEY (BAR NO. 112006)
    *mmosley@sezalaw.com*
2   SEILER EPSTEIN ZIEGLER & APPLEGATE, LLP
    601 Montgomery Street, Suite 2000
3   San Francisco, CA 94111-2624
    Telephone:      415-979-0500
4   Facsimile:      415-979-0511

5   Attorneys for Plaintiffs

6   REBECCA A. HULL (BAR NO. 99802)
    *rhull@grsm.com*
7   GORDON REES SCULLY MANSUKHANI, LLP
    633 W. 5th Street
8   Los Angeles, California 90071
    Telephone: 213-576-5000
9   Telefax: 213-680-4470

10  Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE COMPANY
11

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  TOMMY DOWDY and SHARON MORRIS-        | **Case No. 15-3764**
    DOWDY,
15                                        | **STIPULATION RE BRIEFING
                PLAINTIFF,                | SCHEDULE AND [PROPOSED] ORDER
16                                        | THEREON**
17          v.

18  METROPOLITAN LIFE INSURANCE
    COMPANY,
19
                DEFENDANT.
20

21

22          At the direction of the Court, the parties through their counsel have met and conferred

23  regarding a briefing schedule for a motion which will address the remaining issues in this

24  litigation, consisting of (1) plaintiffs' claim that they should be awarded interest on Plan benefits,

25  and (2) plaintiffs' claim for attorney's fees and litigation costs.  The parties mutually suggest the

26  following schedule:

27          Plaintiffs' opening brief:        September 7, 2018

28          Defendant's opposition brief:     September 28, 2018

                STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER

| 1 | Plaintiffs' reply brief: | October 12, 2018 |

| 2 | Hearing: | Pqxgo dgt"3."423: |

3

4       IT IS SO STIPULATED.

5

6    DATED:  August 23, 2018       SEILER EPSTEIN ZIEGLER & APPLEGATE, LLP

7                                  By: /s/ Mark L. Mosley
                                      Mark L. Mosley
8                                     Attorneys for Plaintiffs

9    DATED:  August 23, 2018       GORDON REES SCULLY MANSUKHANI, LLP

10                                 By: /s/ Rebecca A. Hull
                                      Rebecca A. Hull
11                                    Attorneys for Defendant

12

13                                 <u>ORDER</u>

14       Upon the stipulation of the parties, and good cause appearing therefor, IT IS SO

15   ORDERED.

16       Date:   August 27, 2018

17

18   _____
                     United States District Judge

19

20

21

22

23

24

25

26

27

28